UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KUSHAWN S. MILES,

    Plaintiff,

v.

    Case No. 2:23-cv-31

    HON. JANE M. BECKERING

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants State of Michigan, Michigan Department of Corrections, Bureau of Health Care Services, Adam Pancheri, Sarah Schroeder, and Dean Potila filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 16). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 20, 2024 (ECF No. 23), recommending that this Court deny the motion. The Report and Recommendation was duly served on the relevant parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants State of Michigan, Michigan Department of Corrections, Bureau of Health Care Services, Adam Pancheri, Sarah Schroeder, and Dean Potila's Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 16) is DENIED for the reasons set forth in the Report and Recommendation.

Dated: March 20, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge